ELMER E. SHAFFER, APPELLANT, V. HELEN W. MURRAY, APPELLEE.

FILED NOVEMBER 21, 1907. No. 14,970.

APPEAL from the district court for Harlan county: ED L. ADAMS, JUDGE. *Affirmed.*

*W. S. Morlan* and *C. M. Miller,* for appellant.

*R. L. Keester* and *Gomer Thomas, contra.*

CALKINS, C.

This cause was tried with, and upon the same evidence as, *Hurn v. Alter, ante,* p. 183. The statement of facts and

opinion therein being applicable to this case, we recommend that the judgment of the district court herein be affirmed.

FAWCETT and AMES, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.